WORTS, Respondent, v. ROGERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Charles A. Worts against L. Harding Rogers, Jr. No opinion. Judgment and order affirmed, with costs.

WUNCH, Appellant, v. SHANKLAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Edward Wunch against David Shankland, as president, etc. No opinion. Judgment affirmed, with costs, on the authority of National Protective Association v. Cumming, 53 App. Div. 227, 65 N. Y. Supp. 946, affirmed 170 N. Y. 315, 63 N. E. 369, 58 L. R. A. 135, 88 Am. St. Rep. 648.

YORKVILLE BANK v. HENRY ZELTNER BREWING CO. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by the Yorkville Bank against the Henry Zeltner Brewing Company. No opinion. Motion denied, with $10 costs.

YOUNG v. VALENTINE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by William B. Young against Benjamin E. Valentine. No opinion. Motion denied, with $10 costs.

ZANDER, Respondent, v. NEW YORK SECURITY & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Carolina Zander against the New York Security & Trust Company. C. A. Boston, for appellant. P. L. Wilson, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below (78 N. Y. Supp. 900), with leave to the defendant to withdraw demurrer, and answer, within 20 days, on payment of costs in this court and in the court below.